IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Straughter, Elizabeth M

Printed: 7/8/08

Case Number: 05 B 17498
Judge: Wedoff, Eugene R
Filed: 5/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: June 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,098.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,911.09 |
| Priority: |  | 393.00 |
| Administrative: |  | 2,409.20 |
| Trustee Fee: |  | 384.71 |
| Other Funds: |  | 0.00 |
| Totals: | 7,098.00 | 7,098.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,409.20 | 2,409.20 |
| 2. | Illinois Dept of Revenue | Priority | 393.00 | 393.00 |
| 3. | B-Line LLC | Unsecured | 243.05 | 516.89 |
| 4. | Illinois Dept of Revenue | Unsecured | 51.99 | 110.57 |
| 5. | Peoples Energy Corp | Unsecured | 30.19 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 1,287.26 | 2,737.50 |
| 7. | ECast Settlement Corp | Unsecured | 34.65 | 73.68 |
| 8. | Capital One | Unsecured | 222.16 | 472.45 |
| 9. | Fleet Capital Corp | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 11. | Park Dansan | Unsecured |  | No Claim Filed |
| 12. | Park Dansan | Unsecured |  | No Claim Filed |
| 13. | Bank Of America | Unsecured |  | No Claim Filed |
| 14. | Superior Credit | Unsecured |  | No Claim Filed |
| 15. | Bank Of America | Unsecured |  | No Claim Filed |
| | | | $ 4,671.50 | $ 6,713.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 13.07 |
| 5.5% | 67.13 |
| 5% | 13.34 |
| 4.8% | 25.56 |
| 5.4% | 177.42 |
| 6.5% | 88.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Straughter, Elizabeth M

Printed:  7/8/08

Case Number:  05 B 17498
Judge:  Wedoff, Eugene R
Filed:  5/3/05

_____
$ 384.71

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____